IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL NO. 5:05cv275 |
| v ) | |
| ) | |
| PACIFIC RESEARCH GROUP, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Charles D. May, of the law firm of Tharpe & Howell, to appear as counsel for the plaintiff in this matter filed on March 22, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Charles D. May is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: March 29, 2006

Dennis L. Howell
United States Magistrate Judge